# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 30, 2021

## NO. 03-19-00922-CV

**Juan Enriquez, Appellant**

**v.**

**David Gutierrez, Presiding Chair, Texas Board of Pardons and Paroles, and TBPP Members James LaFavers, Federico Rangel, Cynthia Tauss, Ed Robertson, Fred Solis, and Sherman Skyme, Appellees**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the district court's order granting the plea to the jurisdiction signed on September 16, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.